RECEIVED
IN ALEXANDRIA, LA.

DEC 2 9 2009

TONY R. MOORE, CLERK
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| JARRELL CARTER | CIVIL DOCKET NO. 1:09-cv-00763 |
| -vs- | JUDGE DRELL |
| MICHAEL JOHNSON, et al. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the magistrate judge previously filed herein, the Court concludes that the proposed findings and recommendation are correct under the applicable law.

Additionally, the Court notes the copy of the report and recommendation mailed November 12, 2007 to Mr. Carter's last known address was returned to the Clerk of Court on November 20, 2009, marked "return to sender." Thirty days have passed since November 12, 2009, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate. Accordingly,

IT IS ORDERED that Plaintiff's civil rights complaint is DISMISSED WITHOUT PREJUDICE.

SIGNED on this 29th day of December, 2009, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE